# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2006

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barbour, Jr., William H | U. S. District Court | 05/14/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge, senior status | ☐ Nomination,    Date <br> ☐ Initial   ☒ Annual   ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 245 E. Capitol St., Suite 502 <br> Jackson, MS 39201 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2007 MAY 15 P 1:45
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 05/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. OWNED BY WILLIAM H. BARBOUR, JR. | | | | | | | | | |
| 2. STOCKS, BONDS AND BANK ACCOUNTS | | | | | | | | | |
| 3. Yazoo Northwest (common) | | | | | Sell | 02/20 | J | D | |
| 4. Regions Financial Corp (AmSouth) (common) | F | Dividend | P1 | T | | | | | |
| 5. Mobil Oil (common) | A | Dividend | J | T | | | | | |
| 6. Belmont Lodge (common) | | None | K | W | | | | | |
| 7. Citibank Deposit Program-formerly SB Money Funds | A | Dividend | L | T | | | | | |
| 8. Miss. Cap. Imp. - Bonds | B | Interest | L | T | | | | | |
| 9. Capital World Growth and Income Fund | A | Dividend | K | T | | | | | |
| 10. Europacific Growth Fund | A | Dividend | K | T | | | | | |
| 11. Income Fund of America | B | Dividend | K | T | | | | | |
| 12. New Perspective Fund | A | Dividend | K | T | | | | | |
| 13. Compass Capital III - Preferred Stock | B | Dividend | K | T | | | | | |
| 14. Miss. LSE Rev. - Bonds | A | Interest | K | T | | | | | |
| 15. Miss. Dev. BK - Bonds | B | Interest | L | T | | | | | |
| 16. Miss. Cap. Imp. - Bonds | B | Interest | L | T | | | | | |
| 17. USM Bldg CRP Rev-Bond | E | Interest | L | T | Buy | 06/01 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MS St RFDG - NTS-Bond | B | Interest | K | T | Buy | 01/17 | K | | |
| 19. General Motors Dtd 7/3/03-Bond | C | Interest | K | T | | | | | (See Note 19) |
| 20. Kayne Anderson Energy Total Return Fund | B | Dividend | K | T | | | | | (See Note 20) |
| 21. REAL ESTATE (Items 21-26) | | | | | | | | | |
| 22. Land #1, Yazoo County, MS | E | | L | W | | | | | |
| 23. Land #2,Yazoo City, MS - 1/2 interest | | None | K | W | | | | | |
| 24. Land #2, Yazoo City, MS remaining 1/2 interest | | None | K | W | | | | | |
| 25. Residential Subdivision #1 (See expl. Section VIII) | | None | N | W | | | | | (See note 25 & 26) |
| 26. Subdiv #1 | | | | | | | | | (See Note 25 & 26) |
| 27. INDIVIDUAL RETIREMENT ACCOUNTS#1,2,3 (Items 27-50) | | | | | | | | | |
| 28. IRA Rollover Acct-Brokerage Account #1 (28-37) | | | | | | | | | |
| 29. -BellSouth (common) | A | Dividend | K | T | | | | | |
| 30. -Regions Financial Corp (Amsouth) (common) | D | Dividend | N | T | | | | | |
| 31. -Goldman Sachs Capital Fund | A | Dividend | K | T | | | | | |
| 32. -Pioneer Growth Oppor Fd A -(was Amsouth Small Cap) | | | | | Sell All | 01/17 | K | D | |
| 33. -Citibank Deposit Program | A | Interest | J | T | | | | | |
| 34. -Seligman New Tech Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Franklin Income Fund | B | Dividend | K | T | Buy | 11/08 | K | | |
| 36. Legg Mason Opportunity Tr Primary Class | A | Dividend | K | T | Buy | 01/17 | K | | |
| 37. Legg Mason Value Trust | A | Dividend | K | T | Buy | 01/17 | K | | |
| 38. Lord Abbett International Core Equity Fd | A | Dividend | J | T | Buy | 11/08 | J | | |
| 39. -Bank of America (common) | B | Dividend | K | T | | | | | |
| 40. -Johnson & Johnson (common) | A | Dividend | K | T | | | | | |
| 41. -Microsoft (common) | A | Dividend | J | T | | | | | |
| 42. IRA Managed Rollover -Brokerage Account #2 (42 - 46) | | | | | | | | | (See note 42-46) |
| 43. -American Balanced Fd CL A | B | Dividend | L | T | | | | | |
| 44. -Evergreen Asset Allocation Fd CL A | A | Dividend | M | T | | | | | |
| 45. -Washington Mutual Investors Fd CL A | C | Dividend | M | T | | | | | |
| 46. -Citibank Bank Deposit Program | A | Interest | J | T | | | | | |
| 47. IRA Rollover-Brokerage Account #3 (48-56) | | | | | | | | | (See Note 47-56) |
| 48. IShares MSCI Emerging Mkts Index Fund | A | Dividend | J | T | | | | | |
| 49. IShares S & P 500 Growth Index Fund | A | Dividend | L | T | | | | | |
| 50. IShares S & P 500 Value Index Fund | A | Dividend | K | T | | | | | |
| 51. IShares TR MSCI EAFE Index Fd | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. IShares Cohen & Steers Realty Majors | A | Dividend | J | T | | | | | |
| 53. IShares Trust S & P Midcap 400 Growth Index Fd | A | Dividend | K | T | | | | | |
| 54. IShares TR Russell 2000 Value Index Fd | A | Dividend | J | T | | | | | |
| 55. IShares TR Russell 2000 Growth Index Fd | A | Dividend | K | T | | | | | |
| 56. IShares Trust S & P Midcap Value Index Fd | A | Dividend | K | T | | | | | |
| 57. OIL AND GAS INTERESTS (57 - 87) | | | | | | | | | (See Note 57-87) |
| 58. -#1-Marathon Oil Co. & Citgo, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 59. -#2-Sohio Pet Co., Franklin Parish, LA | A | Royalty | J | W | | | | | |
| 60. -#3-Marathon Oil Co., Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 61. -#4-Placid Oil Co., Warren County, MS | B | Royalty | J | W | | | | | |
| 62. -#5-Shell Oil Co., Rankin County, MS | B | Royalty | J | W | | | | | |
| 63. -#6-US Trading Co., Madison Parish & Richland Parish, LA | A | Royalty | J | W | | | | | |
| 64. -#7-McGowan Working Partners, Yazoo County, MS | A | Royalty | J | W | | | | | |
| 65. -#8-Pennzenergy (was Pennzoil Exp & Prod Co., Yazoo Co., MS | B | Royalty | J | W | | | | | |
| 66. -#9-TXP Op Co., Yazoo County, MS | A | Royalty | J | W | | | | | |
| 67. -#10-Shell Western E&P, Lincoln County, MS | A | Royalty | J | W | | | | | |
| 68. -#11-Pennzoil Exp & Prod Co, Yazoo | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| County, MS | | | | | | | | | |
| 69. -#12-Petro-Hunt Bovina Field, Warren Co., MS | | None | J | W | | | | | |
| 70. -#13-Jefcoat, Yazoo Co., MS | | None | J | W | | | | | |
| 71. -#14-Bruxoil, Clay Co., MS | A | Royalty | J | W | | | | | |
| 72. -#15-Chevron USA, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 73. -#16-Coho Resources, Jasper Co., MS | A | Royalty | J | W | | | | | |
| 74. -#17-Denbury Resources Jasper, Clark, Lincoln & Pike Co., MS | A | Royalty | J | W | | | | | |
| 75. -#18-D&S Oil & Gas, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 76. -#19-Devon Energy, Yazoo Co,MS,Bossier Parish, L | A | Royalty | J | W | | | | | |
| 77. -#20-EOTT Energy, Jasper & Smith Co., MS | A | Royalty | J | W | | | | | |
| 78. -#21-Ergon, Madison & Yazoo Co., MS | A | Royalty | J | W | | | | | |
| 79. -#22-Fina Oil, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 80. -#23-Hassie Hunt Exploration, Yazoo Co., MS | A | Royalty | J | W | | | | | |
| 81. -#24-J.P. Oil, Lincoln & Pike Co., MS | A | Royalty | J | W | | | | | |
| 82. -#25-McGowan Working Partners, Yazoo Co., MS | A | Royalty | J | W | | | | | |
| 83. -#26-Marathon Oil, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 84. -#27-Shell Oil Co., Pike Co., MS | A | Royalty | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. -#28-Spooner Petroleum, Jasper Co., MS | A | Royalty | J | W | | | | | |
| 86. -#29-St. Mary Land & Exploration, Claiborne Parish, LA | B | Royalty | K | W | | | | | |
| 87. -#30-Pennzenergy, Yazoo Co., MS | C | Royalty | K | W | | | | | |
| 88. OWNED BY ▓▓▓▓ MEMBER (Items 88-99) | | | | | | | | | (See Note 88-130) |
| 89. Daimler Chrysler (common) | A | Dividend | J | T | | | | | |
| 90. Goodyear (common) | A | Dividend | J | T | | | | | |
| 91. Georgia Pacific (common) | A | Dividend | | | Sell | 12/20 | K | E | |
| 92. Louisiana Pacific (common) | A | Dividend | J | T | | | | | |
| 93. Regions Financial Corp (was Union Planters Bank( (common) | C | Dividend | M | T | | | | | |
| 94. Trustmark (common) | B | Dividend | K | T | | | | | |
| 95. General Motors (common) | A | Dividend | | | Sell | 6/13 | J | C | |
| 96. Delphi Corp (common) | A | Dividend | J | T | | | | | |
| 97. Electronic Data Systems (common) | A | Dividend | J | T | | | | | |
| 98. Citibank Deposit Program | A | Interest | L | T | | | | | |
| 99. AmSouth IRA Cash Equivalent | A | Interest | J | T | | | | | |
| 100. Mineral Interests (100 - 105) | | | | | | | | | (See Note 88-130) |
| 101. #1-Hughes-Parker Drilling, Yazoo Co., MS | A | Royalty | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. #2- Mineral Interest,Choctaw Co., MS | A | Royalty | J | W | | | | | |
| 103. #3-Mineral Interest, Grenada Co., MS | A | Royalty | J | W | | | | | |
| 104. #4-Mineral Interest, Grenada Co., MS | A | Royalty | J | W | | | | | |
| 105. #5-Mineral Interest, Various Counties, MS | A | Royalty | J | W | | | | | |
| 106. INCOME BENEFICIARY TRUST# 1 (items 106 - 130) | | | | | | | | | (See note 88-130) |
| 107. Stocks | | | | | | | | | |
| 108. -AmSouth (common) | B | Dividend | L | T | | | | | |
| 109. -General Motors (common) | A | Dividend | | | Sell | 06/13 | J | C | |
| 110. -Georgia Pacific (common) | A | Dividend | | | Sell | 12/20 | K | E | |
| 111. -Plum Creek Timber Co. (common) | A | Dividend | K | T | | | | | |
| 112. -La. Pacific (common) | A | Dividend | K | T | | | | | |
| 113. -Shering-Plough (common) | A | Dividend | L | T | | | | | |
| 114. -Chevron Texaco Corp. (common) | B | Dividend | K | T | | | | | |
| 115. -Merck & Co. (common) | A | Dividend | J | T | | | | | |
| 116. -Coca Cola Co. Delaware (common) | A | Dividend | J | T | | | | | |
| 117. -Motorola, Inc. (common) | A | Dividend | J | T | | | | | |
| 118. -Sprint Nextel (common) (incl Sprint Corp | A | Dividend | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000
   (See Column C2)   Q =Appraisal   V =Other   S =Assessment   T =Cash Market
   U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Series 1) | | | | | | | | | |
| 119. -Jennison Utility Fd (7/9/03 name change from Prudential)) | B | Dividend | K | T | | | | | |
| 120. -Alltel Corp. (common) | A | Dividend | J | T | | | | | |
| 121. -General Electric (common) | A | Dividend | J | T | | | | | |
| 122. -Delphi Corp. (common) | A | Dividend | J | T | | | | | |
| 123. -Medco Health Solutions, Inc. (Merck Spin off 8/03) (common) | | None | J | T | | | | | |
| 124. -FreeScale Semiconductor (common) | | None | J | T | | | | | |
| 125. -Bank of America | A | Dividend | J | T | | | | | |
| 126. -Mineral Interests (126-130) | | | | | | | | | (See Note Items 88-130) |
| 127. -Mineral Interest #1, Choctaw Co., MS | A | Royalty | J | W | | | | | |
| 128. -Mineral Interest #2, Grenada Co., MS | A | Royalty | J | W | | | | | |
| 129. -Mineral Interest #3, Grenada Co., MS | A | Royalty | J | W | | | | | |
| 130. -Mineral Interest #4, Various Counties, MS | A | Royalty | J | W | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H | 05/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII.

Line 19 - This item purchased June 3, 2004 were inadvertently omitted from 2004 FDR and 2005 FDR.

Line 20 - This June 27, 2005 purchase was inadvertently omitted from 2005 FDR.

Lines 25 & 26 show the unsold lots in my Residential Subdivision at the end of the reporting period with an estimated value for those unsold lots on Line 25. There will be no income produced by the remaining lots in inventory unless and until they are sold.

Line 42 through 46 - This is a second IRA rollover account held at a brokerage house. It was opened after the partial sale of 1st American stock that was made in the first IRA rollover account. I have a money manager who invests this account, thus, it is designated "IRA Managed Rollover".

Lines 47 through 56 - This is a third IRA account held at a brokerage house. It was opened January 2005 with a transfer of funds from IRA #2. These items were inadvertently omitted from 2005 FDR.

Lines 57 through 87 - As I have noted for several years, I may own oil and gas interests which I inherited or obtained otherwise and of which I have no records. All income-producing interests have been included in my reports. As leasing activity occurs, I add them to my report.

Line 106 through 130 - A ███ member who ███ in 2006 was the trustee and beneficiary of Trust #1. The Mineral Interests listed at lines 126 through 130 are other fractional mineral interests under the same tracts that are listed on lines 101 through 105 as assets not owned in trust.

Line 88 through 130 - These items were included in the ███ of a ███ member who ███ 2006 and were ███ by ███ members other than myself. Therefore, these items will not be reported on my 2007 FDR.

## IX. CERTIFICATION.

l certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

l further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date 5/14/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544